**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7935

LUXURIOUS X, a/k/a Timothy Lloyd,

Plaintiff - Appellant,

versus

BARTON VINCENT, Deputy General Counsel of
SCDC; JOSEPH COUNTS, Associate Warden of Tyger
River Correctional Institution; BARNEY LOYD,
Associate Warden; HERB JOHNS, Institutional
Grievance Coordinator; PAUL BREWTON, Major;
PERNELL CROMER, Captain; BILLY LAUGHTER,
Lieutenant; MIKE GREGORY, Sergeant; WILEY
BAKER, Classification Caseworker; MEMBERS OF
TYGER RIVER CORRECTIONAL INSTITUTION LOWER
YARD INSTITUTIONAL CLASSIFICATION COMMITTEE ON
AUGUST 21, 2001,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Terry L. Wooten, District Judge.
(CA-01-4419-6)

Submitted: April 29, 2004          Decided: May 4, 2004

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luxurious X, Appellant Pro Se. Steven Michael Pruitt, McDonald
Patrick Tinsley, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON,
Greenwood, South Carolina, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Luxurious X appeals the district court's order denying his motion to reconsider the dismissal of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Luxurious X v. Vincent, No. CA-01-4419-6 (D.S.C. Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED